# MEMO ENDORSED

## STEPHEN R. KRAWITZ, LLC
Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

Stephen R. Krawitz, Esq.‡
Lisa P. Salzberg, Esq.*
*Of Counsel*
Elise R. Greenspan, Esq.
David J. Zendell, Esq.*
Steven C. Greenspan, Esq.†
*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

(212) 682-0707
(203) 259-7800
Facsimile
(212) 682-8821
website: newyorktrialattorney.com
email: skrawitz@aol.com

Connecticut Office
Daniel Court
Westport, CT 06880

New Jersey Office
651 Undercliff Avenue
Edgewater, NJ 07020

June 10, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY FACSIMILE**
212-805-7949

RE: Norman Clark v. The City of New York, et al
Docket no.: 08 Civ. 5064 (PKC)

Honorable Sir:

I represent the above named plaintiff Norman Clark. I am in receipt of an Order Scheduling a Pretrial Conference for July 25, 2008. On that date I have a long established appointment for dental work which cannot be easily rescheduled. I would request leave of the Court to adjourn the scheduling conference to another date. This is the first time this matter has appeared before the Court. The defendants have not yet answered or appeared.

Thank you for your kind consideration in this matter.

Respectfully submitted,

STEPHEN R. KRAWITZ, LLC

Stephen R. Krawitz, Esq.

SRK/r
Clark Norman ltr to J. Castel re adjmnt scheduling conf.#119

*[Handwritten endorsement:]* July 25 Conference vacated. Conference will be held on July 23, 2008 at 10:00 am. SO ORDERED. [signature] USDJ 6-10-08