UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NORMAN CLARK,

                                              Plaintiffs,      **NOTICE OF APPEARANCE**

           -against-

THE CITY OF NEW YORK, THE NEW YORK CITY       08 CV 5064 (RJS) (RLE)
POLICE DEPARTMENT, P.O. JOHN DOE "1", P.O.
JOHN DOE "2", P.O. JOHN DOE "3". P.O. JOHN DOE
"4", P.O. JOHN DOE "5", P.O. JOHN DOE "6" and P.O.
JANE DOE,

                                              Defendants.

------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
         July 11, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Rm. 3-311
                                              New York, New York 10007
                                              (212) 788-0899

                                              By: _____
                                                    Stuart E. Jacobs (SJ 8379)
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

To:    BY ECF
         Stephen Krawitz, Esq.